■ TAMIKA THOMAS, an Infant, by her Guardian ad Litem, PAULINE COVINGTON, et al., Respondents, v CITY OF NEW YORK, Appellant, et al., Defendant.—Judgment of the Supreme Court, Bronx County (Barry Salman, J., and a jury), entered January 16, 1990, in favor of the infant plaintiff and against defendants in the amount of $100,000 for past pain and suffering and $100,000 for future pain and suffering, and apportioning liability 90% against defendant G.R.R. Realty Corp. and 10% against defendant City of New York, is unanimously affirmed, without costs or disbursements.

Under the unusual circumstances of this case, we find that a special relationship existed between the infant plaintiff and defendant City imposing a duty on the City to exercise care for plaintiff's particular benefit *(see, Smullen v City of New York,* 28 NY2d 66). The conduct of the various City agencies sufficed to establish each of the requisite elements of a special relationship, including the "key element" of "direct contact between agents of the municipality and the injured party." *(Sorichetti v City of New York,* 65 NY2d 461, 469.)

The evidence adduced at trial was also sufficient to support the award of damages and the finding that defendant City's conduct was, to the extent apportioned, a proximate cause of plaintiff's injuries. Concur—Milonas, J. P., Ross, Asch and Smith, JJ.